IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 11-cr-30222-MJR |
| ) | |
| EDWIN FERNANDO MONTEJO, ) | |
| ) | |
| Defendant. ) | |

**ORDER REMITTING ASSESSMENT AND FINE**

REAGAN, Chief Judge:

The undersigned sentenced Defendant Fernando-Montejo on March 16, 2012 herein (*see also* USA v. Fernando-Montejo, Case No. 11-30046-16). The sentence in this case included, inter alia, a special assessment of $10 and a fine of $25. By motion filed February 8, 2016 under 18 U.S.C. 3573, the United States of America asks to remit the unpaid special assessment and fine. The motion establishes that Defendant is no longer in this country, and reasonable efforts to collect the assessment and fine are not likely to be effective. The undersigned finds that, in the interest of justice, the unpaid fine and special assessment remaining herein ($35.00) should be remitted. The Court **GRANTS** the USA's motion (Doc. 13) and **REMITS** the unpaid portion of the assessment and fine imposed against Defendant (in the total amount of **$35.00**), pursuant to 18 U.S.C. 3573.

IT IS SO ORDERED.
DATED February 10, 2016.

*s/ Michael J. Reagan*
Michael J. Reagan
United States District Judge